UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO: 7:24-CV-1006(D)

| | |
|---|---|
| UNITES STATES OF AMERICA,<br>      Plaintiff,<br><br>V.<br><br>JOSEPH STANFIELD,<br>      Defendant. | )<br>)<br>)<br>) ORDER TO RE-ISSUE<br>) SUMMONS AND EXTEND<br>) TIME FOR SERVICE<br>)<br>) |

Upon consideration of the Motion to Reissue Summons by the United States and for good cause shown,

IT IS HEREBY ORDERED, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure that the summons be, and hereby is, reissued in the above-captioned matter.

IT IS FURTHER ORDERED that the United States shall have to and until ninety (90) days from the date of this Order to effectuate service of the complaint and summons in this matter.

SO ORDERED. This the 18 day of March, 2025.

                JAMES C. DEVER III
                United States District Judge